THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SITTING IN TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR07-5525RBL |
| ) | |
| Plaintiff, ) | ORDER TEMPORARILY RELEASING |
| ) | DAVID VINSON FROM CUSTODY |
| and ) | (AGREED) |
| ) | |
| DAVID VINSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER having come on regularly before the above entitled Court; the Defendant, DAVID VINSON, having appeared by and through his attorney, GARY M. CLOWER; and the Court being fully appraised of the matter, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the Defendant, DAVID VINSON, will be released from Electric Home Monitoring beginning the morning of June 12, 2009 for the purpose of attending his wedding and reception and be reconnected no later then 10:00 a.m. the morning of June 15, 2009.

DATED this 13th day of April, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER TEMPORARILY RELEASING DAVID VINSON
FROM CUSTODY
Page 1 of 2

LAW OFFICES OF
**GARY M. CLOWER**
535 East Dock Street, Suite 100
Tacoma, WA 98402
Tacoma: (253) 383-5346
Seattle: (253) 838-9088
Facsimile: (253) 572-6662

Presented By:

/s/ Gary M. Clower
GARY M. CLOWER WSB# 13720
Attorney for Defendant


Approved As To Form;
Notice of Presentment Waived:

Electronically Approved
ARLEN STORM, WSB# 17330
Prosecuting Attorney

ORDER TEMPORARILY RELEASING DAVID VINSON FROM CUSTODY
Page 2 of 2

LAW OFFICES OF
**GARY M. CLOWER**
535 East Dock Street, Suite 100
Tacoma, WA 98402
Tacoma: (253) 383-5346
Seattle: (253) 838-9088
Facsimile: (253) 572-6662